UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN FAMILY VOICES, INC.,  )<br>      Plaintiff,                               )<br>                                                    )<br>   vs.                                             )<br>                                                    )<br>ATTORNEY GENERAL STEVE CARTER IN )<br>HIS OFFICIAL CAPACITY,          )<br>      Defendant.                             ) | 1:06-cv-1508- LJM-WTL |

## ORDER LIFTING STAY AND GRANTING MOTION TO DISMISS

This cause was stayed pending the Seventh Circuit's resolution of the appeal in *FreeEats.com v. Indiana*, No. 06-3900. The Seventh Circuit just recently decided that case. *See FreeEats.com, Inc. v. Indiana*, --- F.3d ---, 2007 WL 2609426 (7th Cir. Sept. 12, 2007). Therefore, the purpose for the stay has been satisfied and the Court now **LIFTS** the stay in this cause.

In addition, in light of the Seventh Circuit's reasoning and instructions in *FreeEats.com*, the Court **GRANTS** Defendant's pending Motion to Dismiss (Docket No. 11), and **DISMISSES** Plaintiff's claims **without prejudice**.

IT IS SO ORDERED this 13th day of September, 2007.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

**Electronically distributed to:**

Julie Annette Brubaker
OFFICE OF INDIANA ATTORNEY GENERAL
julie.brubaker@atg.in.gov

Thomas M. Fisher
OFFICE OF INDIANA ATTORNEY GENERAL
Tom.Fisher@atg.in.gov

Laurel S. Judkins
LOCKE REYNOLDS LLP
ljudkins@locke.com

Anthony W. Overholt
LOCKE REYNOLDS LLP
aoverholt@locke.com